**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13903
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

KENNETH H. BURKE, JR.,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:11-cr-00181-SDM-AAS-1
_____

Before NEWSOM, BRASHER, and MARCUS, Circuit Judges.

PER CURIAM:

Thomas A. Burns is appointed counsel for Kenneth H. Burke, Jr., in this direct criminal appeal from Burke's new sentences imposed after the grant of postconviction relief under 28 U.S.C.

2                    Opinion of the Court                    24-13903

§ 2255 that vacated one of his convictions.  Burns has moved to withdraw from further representation of Burke and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, Burns's motion to withdraw is **GRANTED**, and Burke's sentences are **AFFIRMED**.